## [ MASON v. RISHWORTH ]

Arthur Mason plaint. ag$^t$ Edward Rishworth Defen$^{dt}$ in an action of the case for not paying the Summe of Seventeen pound five Shillings in money due for Fifteen hundred weight of bread as shall appeare by bill under his hand bearing date the. 17th of August. 1676. with

all other due damages &c. . . . The Jury . . . found for the plaint. Seventeen pounds five Shillings in money & costs of Court. allow$^d$ Nineteen Shillings and Ninepènce.

Execution issued. 18° 8$^{br}$ 1678.